Opinion issued December 3, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00515-CV

____________


FAWZI ABED YOUSEF, Appellant


V.


A-ROD, L.P., Appellee






On Appeal from the County Civil Court at Law No. 3 of

Harris County, Texas

Trial Court Cause No. 926274






MEMORANDUM OPINION

 Appellee, A-Rod, L.P.has filed its motion to dismiss the appeal for want of
jurisdiction, asserting that appellant did not timely file his notice of appeal. 
Appellant, Fawzi Abed Yousef, has not filed a response to appellee's motion.

 An examination of the clerk's record, shows that the trial court signed the final
judgment on April 8, 2009, that no post-judgment motions or request for findings of
fact were filed that would extend the time to file the notice of appeal, and that
appellant filed his notice of appeal on June 2, 2009. When an appellant files no post-judgment time extending pleadings, his notice of appeal is due to be filed within 30
days after the trial court signs the judgment. See Tex. R. App. P. 26.1. If appellant
files his notice of appeal within 15 days after the notice of appeal is due, a motion to
extend time to file the notice of appeal is implied if a party reasonably explains the
late filing of the notice of appeal. Verburgt v. Dorner, 959 S.W.2d 615, 617 (Tex
1997); Jones v. City of Houston, 976 S.W.2d 676, 677 (Tex. 1998). Here appellant
filed his notice of appeal 55 days after the trial court signed the judgment, well
beyond the 30-day deadline, and beyond the 15-day grace period. 

 We grant appellee's motion to dismiss the appeal. We dismiss the appeal for
want of jurisdiction. All other pending motions in this appeal are overruled as moot. 

PER CURIAM

Panel consists of Justices Keyes, Alcala, and Hanks.